UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**WELCH ALLYN, INC.,**

      *Plaintiff*,

  -vs-

**OBP CORPORATION and OBP MEDICAL INC.,**

      *Defendants.*

Civil Action No.
5:14-cv-01122-TJM-DEP

## DECLARATION OF DOUGLAS J. NASH

**DOUGLAS J. NASH** hereby declares as follows:

1. I am an attorney duly licensed to practice law before the Courts of New York, and a partner with the law firm of Hiscock & Barclay, LLP, attorneys for plaintiff Welch Allyn, Inc. ("Welch Allyn").  I am fully familiar with the facts and circumstances of this action.

2. I make this Declaration in connection with Welch Allyn's Opening Claim Construction Brief.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,435,175.

4. Attached hereto as Exhibit B is a true and correct copy of the prosecution history file relative to U.S. Patent No. 8,435,175.

5. Attached hereto as Exhibit C is a true and correct copy of correspondence from counsel for Welch Allyn to counsel for OBP Corporation and OBP Medical Inc. (collectively, "OBP"), dated April 14, 2015.

9139690

6. Attached hereto as Exhibit D is a true and correct copy of correspondence from counsel for OBP to counsel for Welch Allyn, dated April 17, 2015.

7. Attached hereto as Exhibit E is a true and correct copy of OBP's Non-Infringement and Invalidity Contentions.

8. Attached hereto as Exhibit F is a true and correct copy of Welch Allyn's Infringement Contentions.

9. Attached hereto as Exhibit G are true and correct copies of Dictionary Definitions of the term "switch."

10. Attached hereto as Exhibit H is a true and correct copy of a product brochure for the Welch Allyn KleenSpec® Single Use LED Vaginal Specula.

11. Attached hereto as Exhibit I is a true and correct copy of OBP's product brochure for its single use speculum, the ER-SPEC®.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 28, 2015

_____
Douglas J. Nash